**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LEEMANUEL WEILCH,**<br>**Plaintiff,**<br>**vs.**<br>**8820 WEST PICO BLVD LLC; and DOES 1 to 10,**<br>**Defendants.** | **Case No.: 2:26-cv-06138-DSF-MBKx**<br>Assigned to Dale S. Fischer<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: November 5, 2026

Dale S. Fischer,
United States District Judge